IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH HARPER,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. 21-cv-707-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respondent United States of America and against petitioner Joseph Harper, denying his petition under 28 U.S.C. § 2255.

| s/V. Olmo, Deputy Clerk | 04/27/2022 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |